# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| WILLIAM S. CLAY, Administrator ad Litem of the Estate of JIMMIE MARIE CLAY, deceased, <br><br> Plaintiff, <br><br> v. <br><br> GGNSC SPRINGFIELD LLC, individually and d/b/a GOLDEN LIVINGCENTER SPRINGFIELD; GOLDEN GATE NATIONAL SENIOR CARE LLC, individually and d/b/a GOLDEN LIVING; GGNSC ADMINISTRATIVE SERVICES LLC, individually and d/b/a GOLDEN VENTURES; GOLDEN GATE ANCILLARY LLC, individually and d/b/a GOLDEN INNOVATIONS; GGNSC CLINICAL SERVICES, LLC, individually and d/b/a GOLDEN CLINICAL SERVICES; GGNSC HOLDINGS LLC, individually and d/b/a GOLDEN HORIZONS; and GGNSC EQUITY HOLDINGS LLC, <br><br> Defendants. | No. 3:13-cv-00877 <br><br> Judge Trauger <br><br> Magistrate Judge Brown |

## STIPULATION AND AGREED ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, William S. Clay, Administrator ad Litem of the Estate of Jimmie Marie Clay, deceased, and Defendants, GGNSC Springfield, LLC, individually and d/b/a Golden LivingCenter-Springfield; Golden Gate National Senior Care, LLC, individually and d/b/a Golden Living; GGNSC Administrative Services, LLC, individually and d/b/a Golden Ventures; Golden Gate Ancillary, LLC, individually and d/b/a Golden Innovations; GGNSC Clinical Services, LLC, individually and

718478

d/b/a Golden Clinical Services; GGNSC Holdings LLC, individually and d/b/a Golden Horizons; and GGNSC Equity Holdings, LLC ("Defendants"), by and through counsel, announce to the Court that all matters here in controversy between them have been compromised and settled out of Court, and that Plaintiff, for valuable consideration, has executed a Release in full and final settlement of all of his claims against Defendants, including any and all subrogation interests or liens, if any, arising out of the matters here in controversy. It is therefore:

**ORDERED** that Plaintiff's cause of action should be dismissed as to all Defendants with full prejudice to Plaintiff against the re-filing of the same and that Defendants be relieved from any and all further responsibility in this matter. It is further **ORDERED** that Plaintiff shall satisfy any and all present or future liens of any kind, known or unknown, which may relate to the settlement proceeds. Each party will bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

NORRIS & NORRIS PLC

s/John L. Norris by AEK w/permission
John L. Norris (TN BPR #6007)
424 Church Street
Suite 1300
Nashville, TN  37201-3310
(615) 627-3959 - Telephone
(615) 627-3962 - Facsimile
john@norrislaw.net

ROCKY MCELHANEY LAW FIRM

s/Rocky McElhaney by AEK w/permission
Rocky McElhaney (TN BPR #20205)
Music Row, 1516 16th Avenue South
Nashville, TN  37212
(615) 425-2500 - Telephone
(615) 425-2501 - Facsimile
rocky@rockylawfirm.com
russell@rockylawfirm.com

*Attorneys for Plaintiff*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

s/Amanda E. Kelley
Thomas O. Helton (TN BPR 001919)
Amanda E. Kelley (TN BPR 022872)
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450-1800
(423) 209-4194 - Telephone
(423) 752-9544 - Facsimile
thelton@bakerdonelson.com

*Attorney for Defendants*

718478